jroup.com/brand.html

# THE EPOCH TIMES

Epoch Times in the English language launched in September 2003 on the web, and published its first print edition in New York in August 2004.

LEARN MORE

## NTD

NTD.com is a news and entertainment website in English. Its audience is general English-speaking people in the U.S. Canada, Australia, Europe and Asia.

LEARN MORE



大紀元時報




新唐人電視台
New Tang Dynasty Television

NTD.com is a news and entertainment website in English. Its audience is general English-speaking people in the U.S. Canada, Australia, Europe and Asia.

LEARN MORE

Epoch Times in the English language launched in September 2003 on the web, and published its first print edition in New York in August 2004.

LEARN MORE



New Tang Dynasty Television

Founded by Chinese Americans, and rooted in traditional Chinese culture, NTD serves as a unique bridge between the East and the West.

LEARN MORE



At a great risk to themselves and their loved ones back in China, a group of Chinese-Americans established Epoch Times in the United States in May 2000. Some reporters in China were jailed, and some suffered severe torture, all to bring true information to the world.

LEARN MORE



market.

LEARN MORE



NTD digital is a leading digital agency focused on driving sales, market shares, and bottom line growth for our clients. We are invested in changing the way brands and retailers reach, engage and win consumers, leveraging our background as a global media force to create more meaningful and positive interactions through digital video, social media and uplifting content.

LEARN MORE

**TRENDING NEWS**

 Chine: Autho Ma...

 Chine: Viral Out...

 Forme UK Con...

 China, Russia and...

 2019 in Revi...

 Year in Revi...

 Facinç the Barr...

# Terms of Service

PLEASE READ THIS TERMS OF SERVICE
AGREEMENT ("AGREEMENT") CAREFULLY. BY
ACCESSING, REGISTERING TO USE OR USING THIS
WEBSITE, YOU ("YOU" OR THE "MEMBER")
ACKNOWLEDGE THAT YOU HAVE READ AND
UNDERSTOOD THE TERMS AND CONDITIONS OF
THIS AGREEMENT AND YOU AGREE TO BE BOUND
BY THESE TERMS AND CONDITIONS. IF YOU DO
NOT AGREE TO ALL OF THE TERMS AND
CONDITIONS OF THIS AGREEMENT, DO NOT
ACCESS OR USE THIS WEBSITE.

NTD.tv, a division of Universal Communications
Network Inc. d/b/a New Tang Dynasty, a New Jersey
corporation ("NTD"), owns and operates this
website.

1. ENTIRE AGREEMENT. This Agreement
   comprises the entire agreement between
   Member and NTD, and supersedes any and
   all prior agreements between the parties
   regarding the subject matter contained
   herein NTD (including but not limited to any
   prior versions of this Agreement).

2. DESCRIPTION OF SERVICE. NTD provides each Member with various publishing and community services, including but not limited to the capability to post links and comments to a webpage (the "Services"). Unless stated otherwise, any new features that enhance or otherwise change the current Services shall be subject to this Agreement.



Storyl
That
Sha...

3. MODIFICATIONS TO SERVICE AND TERMS OF SERVICE. NTD reserves the right to modify or discontinue the Services with or without notice to Member. NTD shall not be liable to Member or any third party should NTD exercise its right to modify or discontinue the Service. NTD also may change the terms and conditions of this Agreement from time to time. Member's continued use of the Services constitutes agreement by Member to abide and be bound by this Agreement and any modifications to this Agreement.

4. PRIVACY POLICY. NTD's Privacy Policy is incorporated by reference in this Agreement. All personal information, such as address, email address, or other personal identifying information, entered into NTD by Member is private to Member except to the extent that he or she opts to share that information with other NTD members and/or the public,

through NTD or otherwise. It is NTD's policy

through NTD or otherwise. It is NTD's policy to respect the privacy of Members. Therefore, NTD will not disclose your personal information to any third party unless required to do so by law or in the good faith belief that such action is necessary to (a) conform to the law or comply with legal process served on NTD; (b) protect and defend the rights or property of NTD; or (3) act under exigent circumstances to protect the personal safety of other members or the public; or (4) fix or debug problems with the NTD Services.

5. CONTENT OWNERSHIP. Unless stated otherwise on the NTD website, Member will retain copyright ownership and all related rights for information he or she authors and publishes through NTD or otherwise enters into the NTD Services. In exchange for the publishing services provided by NTD, Member agrees to grant a perpetual, worldwide, non terminable license to NTD to use all content Member publishes through NTD without further permission or remuneration, in original language or in translation, including the right to create derivative works and reuse in other media. Members are not allowed to use the NTD name in commercial activity without prior written consent of NTD.

6. CONTENT RESPONSIBILITY. Member

acknowledges and agrees that NTD neither endorses the contents of any Member communications nor assumes responsibility for any threatening, libelous, obscene, harassing or offensive material contained therein, any infringement of third party intellectual property rights arising therefrom, or any crime facilitated thereby.

This website contains links to websites maintained by third parties. Such links are provided for your convenience and reference only. NTD does not operate or control in any respect any information, software, products, or services available on such websites. NTD's inclusion of a link to a website does not imply any endorsement of the services or the site, its contents, or its sponsoring organization. If you decide to access other websites, you do so at your own risk.

7. MEMBER CONDUCT. You understand that all information, data, links, text, software, music, sound, photographs, graphics, video, messages, or other materials ("Content"), whether publicly posted or privately transmitted, are the sole responsibility of the person from which such Content originated. This means that you, and not NTD, are entirely responsible for all Content that you upload, post, or otherwise transmit via the Services. NTD does not control the Content posted via the Service and, as such, does not

guarantee the accuracy, integrity, or quality of such Content. You understand that by using the Services, you may be exposed to Content that is offensive, indecent, or objectionable.

You agree to not use the Services to: (a) upload, post, or otherwise transmit any Content that is unlawful, harmful, threatening, abusive, harassing, tortious, defamatory, vulgar, obscene, libelous, invasive of another's privacy, damaging to Falun Dafa or its practitioners, hateful, or racially, ethnically or otherwise objectionable; (b) harm minors in any way; (c) impersonate any person or entity, including, but not limited to, an NTD official, or falsely state or otherwise misrepresent your affiliation with a person or entity; (d) upload, post, or otherwise transmit any Content that you do not have a right to transmit under any law or under contractual or fiduciary relationships (such as inside information, proprietary and confidential information learned or disclosed as part of employment relationships or under nondisclosure agreements); (e) upload, post, or otherwise transmit any Content that infringes any patent, trademark, trade secret, copyright, or other proprietary rights of any party; (f) upload, post, or otherwise transmit any material that contains software viruses or any other computer code, files, or programs designed to interrupt, destroy, or limit the functionality of any computer software or hardware or telecommunications equipment; (g) interfere with or disrupt the Services or servers or networks connected to the Services, or disobey any requirements, procedures, policies, or

regulations of networks connected to the Services; (h) intentionally or unintentionally violate any applicable local, state, national, or international law, including, but not limited to, regulations promulgated by the U.S. Securities and Exchange Commission, any rules of any national or other securities exchange, including, without limitation, the New York Stock Exchange, the American Stock Exchange, or the NASDAQ, and any regulations having the force of law; (i) "stalk" or otherwise harass another; (j) collect or store personal data about other users; or (k) promote or provide instructional information about illegal activities, promote physical harm or injury against any group or individual, or promote any act of cruelty to animals.

8. PROMOTING PRODUCTS ON NTD. If You promote, market, or otherwise advertise ("Promote" or a "Promotion") any product or service via any online or offline channel or medium for the purpose of earning a percentage of the sale price of any product or service ("Product") sold as a result of such Promotion ("Commissions"), You agree, acknowledge, represent, and warrant that:

- You will not suggest or imply any endorsement by NTD, its contributors, or sponsors for the Product.
- You will not make any unlicensed or unauthorized use of or otherwise infringe or misappropriate any materials protected by

any patent, copyright, trademark, trade secret, right of privacy, right of publicity or other intellectual property or other proprietary right ("IP Rights").

- You will not interfere with NTD's tracking of visits, page views, click throughs, or with the normal flow of traffic to, through, or from the NTD Services.

- All communications and/or representations made by You in connection with any Promotions and/or in relation to any Product will be accurate and contain all disclosures and disclaimers necessary to prevent such Promotions from being false or deceptive. Such disclosures and disclaimers must be made in a clear and conspicuous manner, and will otherwise comply with Your country's laws and all U.S. federal and state laws, including U.S. Federal Trade Commission regulations, policies and guidelines governing advertising, disclosure and consumer protection, including the FTCs endorsement rules.

- You will not offer, suggest, or imply the availability of any rebates, coupons, tickets, vouchers, or similar incentives to induce or encourage the purchase of a Product.

- NTD reserves the right, but not the obligation, to review your Promotions. You agree that NTD, in its sole discretion and at any time, may demand changes to product

promotion and delivery pages, customer support, or other items related to the content of Your Promotions. NTD may remove your Promotion at any time from its Service by refunding any fees paid for that Promotion.

- You will provide valid contact information, including but not limited to a working email address, where NTD can send inquiries and receive a non-automated reply by end of the following business day.

- NTD does not guarantee, or assume any responsibility or liability for, the accuracy, completeness, efficacy, or timeliness of any such information, nor is it responsible for any bonuses, prizes, or other incentives offered in any Promotions. Your use of any information presented by NTD does not guarantee, or assume any responsibility or liability for, the accuracy, completeness, efficacy, or timeliness of any such information, nor is it responsible for any bonuses, prizes, or other incentives offered in any Promotions. Your use of any information presented by a Promoter is strictly at your own risk. In no event shall NTD have any liability for your purchase or use of a Product or Service Promoted on NTD.

- Promotion is voluntary, and your reliance is at your own risk. NTD does not

independently review or verify information provided in any Promotion for accuracy, completeness, efficacy, or timeliness. You acknowledge and understand that NTD does not verify statements, claims, incentives, or promotions made by Promotions.

9. CONTENT SUBMITTED TO NTD. NTD does not claim ownership of the Content or links you place on your NTD page. NTD may quote or reproduce your content (if you have made it public), in whole or in part, in order to promote your NTD page and/or the NTD Services. You acknowledge that NTD does not pre-screen Content or links, but that NTD and its designees shall have the right (but not the obligation) in their sole discretion to refuse or remove any Content or links that are available via the Services. Without limiting the foregoing, NTD and its designees shall have the right to remove any Content or links that violate this Agreement or is otherwise objectionable. You agree that you must evaluate, and bear all risks associated with, the use of any Content and links, including any reliance on the accuracy, completeness, or usefulness of such Content and links.

10. INDEMNITY. You agree to indemnify and hold NTD, and its subsidiaries, affiliates, officers, directors, agents, and employees, harmless from any claim or demand,

including reasonable attorneys' fees, made
by any third party due to or arising out of
your Content or links, your use of the
Services, your violation of the this
Agreement, or your violation of any rights of
another.

11. NO RESALE OF SERVICE. You agree not to
reproduce, duplicate, copy, sell, resell, or
exploit any portion of the Services, use of
the Services, or access to the Services.

12. MEMBER ACCOUNT, PASSWORD, AND
SECURITY. Once you become a member, you
shall receive a password and an account.
You are entirely responsible if you do not
maintain the confidentiality of your
password and account. Furthermore, you are
entirely responsible for any and all activities
that occur under your account. You may
change your password at any time (to do so,
go to the user profile menu option); you may
also set up a new account and close an old
one at your convenience. Member agrees to
immediately notify NTD of any unauthorized
use of Member's account or any other
breach of security known to Member.

13. TERMINATION. You agree that NTD, in its
sole discretion, may terminate your
password and use of the Services, and
remove and discard any Content or link
within the Services, for any reason, including,
without limitation, for lack of use or if NTD

without limitation, for lack of use of if NTD believes that you have violated or acted inconsistently with the letter or spirit of this Agreement. NTD may also in its sole discretion and at any time discontinue providing the Services, or any part thereof, with or without notice. You agree that any termination of your access to the Services under any provision of this Agreement may be effected without prior notice, and acknowledge and agree that NTD may immediately deactivate or delete your NTD page and all related information and files in your NTD page and/or bar any further access to such files or the Services. Further, you agree that NTD shall not be liable to you or any third-party for any termination of your access to the Services.

14. ADVERTISEMENTS AND PROMOTIONS. NTD runs advertisements and promotions on NTD pages. By creating your NTD page, you agree that NTD has the right to run such advertisements and promotions. You also agree that you will not attempt to block or otherwise interfere with advertisements displayed on your NTD page by any means. Doing so is grounds for immediate termination of the Services. The manner, mode, and extent of advertising by NTD on your NTD page is subject to change. Your correspondence or business dealings with,

1/31/2020     Case 1:20-cv-00918-AKH   Document 1-1   Filed 02/03/20   Page 16 of 36

Terms of Service

or participation in promotions of, advertisers found on or through the Services, including payment and delivery of related goods or services, and any other terms, conditions, warranties, or representations associated with such dealings, are solely between you and such advertiser. You agree that NTD shall not be responsible or liable for any loss or damage of any sort incurred as the result of any such dealings or as the result of the presence of such advertisers on the Services.

15. NTD PROPRIETARY RIGHTS. You acknowledge and agree that the Services and any necessary software used in connection with the Services ("Software") contain proprietary and confidential information that is protected by applicable intellectual property and other laws. You further acknowledge and agree that Content contained in sponsor advertisements or information presented to you through the Services or advertisers is protected by copyrights, trademarks, service marks, patents or other proprietary rights and laws. Except as expressly authorized by NTD or advertisers, you agree not to modify, rent, lease, loan, sell, distribute or create derivative works based on the Services or the Software, in whole or in part.

16. DISCLAIMER OF WARRANTIES. MEMBER

EXPRESSLY AGREES THAT USE OF THE
SERVICE IS AT MEMBER'S SOLE RISK. THE
SERVICE IS PROVIDED ON AN "AS IS" AND
"AS AVAILABLE" BASIS. NTD EXPRESSLY
DISCLAIMS ALL WARRANTIES OF ANY KIND,
WHETHER EXPRESS OR IMPLIED,
INCLUDING, BUT NOT LIMITED TO THE
IMPLIED WARRANTIES OF
MERCHANTABILITY, FITNESS FOR A
PARTICULAR PURPOSE AND NON-
INFRINGEMENT. NTD MAKES NO
WARRANTY THAT THE SERVICE WILL MEET
YOUR REQUIREMENTS, OR THAT THE
SERVICE WILL BE UNINTERRUPTED, TIMELY,
SECURE, OR ERROR FREE; NOR MAKES ANY
WARRANTY AS TO THE RESULTS THAT MAY
BE OBTAINED FROM THE USE OF THE
SERVICES OR AS TO THE ACCURACY OR
RELIABILITY OF ANY INFORMATION
OBTAINED THROUGH THE SERVICES OR
THAT DEFECTS IN THE SOFTWARE WILL BE
CORRECTED.

MEMBER UNDERSTANDS AND AGREES THAT ANY
MATERIAL AND/OR DATA DOWNLOADED OR
OTHERWISE OBTAINED THROUGH THE USE OF THE
SERVICES IS DONE AT MEMBER'S OWN
DISCRETION AND RISK AND THAT MEMBER WILL
BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO
MEMBER'S COMPUTER SYSTEM OR LOSS OF DATA
THAT RESULTS FROM THE DOWNLOAD OF SUCH
MATERIAL AND/OR DATA. NTD MAKES NO

MATERIAL AND/OR DATA. NTD MAKES NO WARRANTY REGARDING ANY GOODS OR SERVICES PURCHASED OR OBTAINED THROUGH THE SERVICES OR ANY TRANSACTIONS ENTERED INTO THROUGH THE SERVICES.

NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY MEMBER FROM OR THROUGH THE SERVICES SHALL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES, SO SOME OF THE ABOVE EXCLUSIONS MAY NOT APPLY TO YOU.

17. LIMITATION OF LIABILITY. NTD SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES RESULTING FROM THE USE OR THE INABILITY TO USE THE SERVICES OR FOR COST OF PROCUREMENT OF SUBSTITUTE GOODS AND SERVICES OR RESULTING FROM ANY GOODS OR SERVICES PURCHASED OR OBTAINED OR MESSAGES RECEIVED OR TRANSACTIONS ENTERED INTO THROUGH THE SERVICES OR RESULTING FROM UNAUTHORIZED ACCESS TO OR ALTERATION OF MEMBER'S TRANSMISSIONS OR DATA, INCLUDING BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, USE, DATA OR OTHER INTANGIBLE, EVEN IF MEMBER HAS BEEN

ADVISED OF THE POSSIBILITY OF SUCH
DAMAGES.

SOME JURISDICTIONS DO NOT ALLOW THE
LIMITATION OR EXCLUSION OF LIABILITY FOR
INCIDENTAL OR CONSEQUENTIAL DAMAGES SO
SOME OF THE ABOVE LIMITATIONS MAY NOT
APPLY TO YOU.

18. STORAGE AND OTHER LIMITATIONS. NTD
    assumes no responsibility for the deletion or
    failure to store information entered into NTD.
    NTD retains the right, at NTD's sole
    discretion, to determine whether or not
    Member's conduct is consistent with the
    letter and spirit of this Agreement and may
    terminate Services if a Member's conduct is
    found to be inconsistent with this
    Agreement.

19. NOTICE. All notices to a party shall be in
    writing and shall be made either via email or
    conventional mail. NTD may distribute
    notices or messages through the Services to
    inform Member of changes to this
    Agreement, the Services, or other matters of
    importance; such distribution shall
    constitute notices to Member.

20. INJUNCTIVE RELIEF. You acknowledge that
    a violation or attempted violation of this
    Agreement will cause such damage to NTD
    as will be irreparable, the exact amount of

which would be difficult to ascertain and for which there will be no adequate remedy at law. Accordingly, you agree that NTD shall be entitled as a matter of right to an injunction issued by any court of competent jurisdiction, restraining such violation or attempted violation of these terms and conditions by you, or your affiliates, partners, or agents, as well as recover from you any and all costs and expenses sustained or incurred by NTD in obtaining such an injunction, including, without limitation, reasonable attorneys' fees. You agree that no bond or other security shall be required in connection with such injunction.

21. LAWS. This Agreement shall be governed by and construed in accordance with the laws of the state of New York. You and NTD agree to submit to the exclusive personal and subject matter jurisdiction and venue of the courts located within New York.

22. GENERAL INFORMATION. If any provision(s) of this Agreement are held by a court of competent jurisdiction to be contrary to law, then such provision(s) shall be construed, as nearly as possible, to reflect the intentions of the parties with the other provisions remaining in full force and effect. NTD's failure to exercise or enforce any right or provision of this Agreement shall not constitute a waiver of such right or provision

unless acknowledged and agreed to by NTD in writing. Member and NTD agree that any cause of action arising out of or related to these Services must commence within one (1) year after the cause of action arose; otherwise, such cause of action is permanently barred. The section titles in this Agreement are solely used for the convenience of the parties and have no legal or contractual significance. You also may be subject to additional terms and conditions that may apply when you use affiliate or other services, third-party content or third-party software. If NTD takes any action to enforce this Agreement, NTD, if the prevailing party, will be entitled to recover from you, and you agree to pay, all reasonable and necessary attorneys' fees and any cost of litigation, in addition to any other relief, at law or in equity, to which NTD may be entitled.

23. VIOLATIONS. Please report any violations of this Agreement to administrators at NTD.tv via the email address contact@ntd.tv.

24. COPYRIGHT AND TRADEMARK. Website copyright notice: Copyright (c) 2017 Universal Communications Network Inc. d/b/a New Tang Dynasty. All rights reserved.

This website is the copyrighted property of NTD and various third party providers and distributors

("Suppliers").

NTD and NTD.tv are a service marks of NTD. Other product, service and company names used on this website are registered and common law trademarks of their respective owners. Nothing contained on this website should be construed as granting, by implication, estoppel, or otherwise, any license or right to use any of such trademarks. Unauthorized use of this Web site and/or the materials contained on this site may violate applicable copyright, trademark or other intellectual property laws or other laws. You must retain all copyright and trademark notices, including any other proprietary notices, contained in the materials, and you must not alter, obscure, or obliterate any of such notices.

25. Notice of Infringement:  If you believe that your intellectual property right (or such a right that you are responsible for enforcing) is infringed by any Content or links on this website, please see our Copyright Policy and Infringement Notification, which will inform you how to submit a notification by email, mail or by filling out and submitting the form provided.

March 1, 2017

中文　한국어　日本語　VIETNAMESE　ENGLISH

**NEWS**

Special Coverage

US

World

China

Politics

Science & Tech

Health

Entertainment

**SHOWS**

NTD News Today

NTD Evening News

Zooming In

China Uncensored

Legends Unfolding

Taste Life

Beauty Within

**NTD.COM**

Advertise With Us

Terms of Service

Privacy Policy

Contact Us

Support Us

Copyright Policy

About Us


NTD Evening News


Zooming In


What Defines You


China Uncensored


Legends Unfolding


See It Yourself

© Copyright NTD 2016 - 2020 All Rights Reserved

Connect with us      

# THE EPOCH TIMES

# **Terms of Service**



PLEASE READ THIS TERMS OF SERVICE AGREEMENT ("AGREEMENT")
CAREFULLY. BY ACCESSING, REGISTERING TO USE OR USING THIS WEBSITE,
YOU ("YOU" OR THE "MEMBER") ACKNOWLEDGE THAT YOU HAVE READ AND
UNDERSTOOD THE TERMS AND CONDITIONS OF THIS AGREEMENT AND YOU
AGREE TO BE BOUND BY THESE TERMS AND CONDITIONS. IF YOU DO NOT
AGREE TO ALL OF THE TERMS AND CONDITIONS OF THIS AGREEMENT, DO NOT
ACCESS OR USE THIS WEBSITE.

TheEpochTimes.com, a division of Epoch Times Inc., a New York business corporation
("Epoch Times"), owns and operates this website.

1. ENTIRE AGREEMENT. This Agreement comprises the entire agreement between Member
and Epoch Times, and supersedes any and all prior agreements between the parties regarding
the subject matter contained herein Epoch Times (including but not limited to any prior
versions of this Agreement).

2. DESCRIPTION OF SERVICE. Epoch Times provides each Member with various
publishing and community services, including but not limited to the capability to post links and
comments to a webpage (the "Services"). Unless stated otherwise, any new features that
enhance or otherwise change the current Services shall be subject to this Agreement.

3. MODIFICATIONS TO SERVICE AND TERMS OF SERVICE. Epoch Times reserves the
right to modify or discontinue the Services with or without notice to Member. Epoch Times
shall not be liable to Member or any third party should Epoch Times exercise its right to
modify or discontinue the Service. Epoch Times also may change the terms and conditions of
this Agreement from time to time. Changes in the terms and conditions of this Agreement will

be incorporated in the Agreement posted at http://theepochtimes.com/terms/. Member's continued use of the Services constitutes agreement by Member to abide and be bound by this Agreement and any modifications to this Agreement.

4. PRIVACY POLICY. Epoch Times' Privacy Policy is incorporated by reference in this Agreement. All personal information, such as address, email address, or other personal identifying information, entered into Epoch Times by Member is private to Member except to the extent that he or she opts to share that information with other Epoch Times members and/or the public, through Epoch Times or otherwise. It is Epoch Times' policy to respect the privacy of Members. Therefore, Epoch Times will not disclose your personal information to any third party unless required to do so by law or in the good faith belief that such action is necessary to (a) conform to the law or comply with legal process served on Epoch Times; (b) protect and defend the rights or property of Epoch Times; or (3) act under exigent circumstances to protect the personal safety of other members or the public; or (4) fix or debug problems with the Epoch Times Services.

5. CONTENT OWNERSHIP. Unless stated otherwise on the Epoch Times website, Member will retain copyright ownership and all related rights for information he or she authors and publishes through Epoch Times or otherwise enters into the Epoch Times Services. In exchange for the publishing services provided by Epoch Times, Member agrees to grant a perpetual, worldwide, nonterminable license to Epoch Times to use all content Member publishes through Epoch Times without further permission or remuneration, in original language or in translation, including the right to create derivative works and reuse in other media. Members are not allowed to use the Epoch Times name in commercial activity without prior written consent of Epoch Times.

6. CONTENT RESPONSIBILITY. Member acknowledges and agrees that Epoch Times neither endorses the contents of any Member communications nor assumes responsibility for any threatening, libelous, obscene, harassing or offensive material contained therein, any infringement of third party intellectual property rights arising therefrom, or any crime facilitated thereby.

This website contains links to websites maintained by third parties. Such links are provided for your convenience and reference only. Epoch Times does not operate or control in any respect any information, software, products, or services available on such websites. Epoch Times' inclusion of a link to a website does not imply any endorsement of the services or the site, its

contents, or its sponsoring organization. If you decide to access other websites, you do so at your own risk.

7. MEMBER CONDUCT. You understand that all information, data, links, text, software, music, sound, photographs, graphics, video, messages, or other materials ("Content"), whether publicly posted or privately transmitted, are the sole responsibility of the person from which such Content originated. This means that you, and not Epoch Times, are entirely responsible for all Content that you upload, post, or otherwise transmit via the Services. Epoch Times does not control the Content posted via the Service and, as such, does not guarantee the accuracy, integrity, or quality of such Content. You understand that by using the Services, you may be exposed to Content that is offensive, indecent, or objectionable.

You agree to not use the Services to: (a) upload, post, or otherwise transmit any Content that is unlawful, harmful, threatening, abusive, harassing, tortious, defamatory, vulgar, obscene, libelous, invasive of another's privacy, damaging to Falun Dafa or its practitioners, hateful, or racially, ethnically or otherwise objectionable; (b) harm minors in any way; (c) impersonate any person or entity, including, but not limited to, an Epoch Times official, or falsely state or otherwise misrepresent your affiliation with a person or entity; (d) upload, post, or otherwise transmit any Content that you do not have a right to transmit under any law or under contractual or fiduciary relationships (such as inside information, proprietary and confidential information learned or disclosed as part of employment relationships or under nondisclosure agreements); (e) upload, post, or otherwise transmit any Content that infringes any patent, trademark, trade secret, copyright, or other proprietary rights of any party; (f) upload, post, or otherwise transmit any material that contains software viruses or any other computer code, files, or programs designed to interrupt, destroy, or limit the functionality of any computer software or hardware or telecommunications equipment; (g) interfere with or disrupt the Services or servers or networks connected to the Services, or disobey any requirements, procedures, policies, or regulations of networks connected to the Services; (h) intentionally or unintentionally violate any applicable local, state, national, or international law, including, but not limited to, regulations promulgated by the U.S. Securities and Exchange Commission, any rules of any national or other securities exchange, including, without limitation, the New York Stock Exchange, the American Stock Exchange, or the NASDAQ, and any regulations having the force of law; (i) "stalk" or otherwise harass another; (j) collect or store personal data about other users; or (k) promote or provide instructional information about illegal activities, promote physical harm or injury against any group or individual, or promote any act of cruelty to animals.

8. PROMOTING PRODUCTS ON Epoch Times. If You promote, market, or otherwise advertise ("Promote" or a "Promotion") any product or service via any online or offline channel or medium for the purpose of earning a percentage of the sale price of any product or service ("Product") sold as a result of such Promotion ("Commissions"), You agree, acknowledge, represent, and warrant that:

You will not suggest or imply any endorsement by Epoch Times, its contributors, or sponsors for the Product.

You will not make any unlicensed or unauthorized use of or otherwise infringe or misappropriate any materials protected by any patent, copyright, trademark, trade secret, right of privacy, right of publicity or other intellectual property or other proprietary right ("IP Rights").

You will not interfere with Epoch Times' tracking of visits, page views, click throughs, or with the normal flow of traffic to, through, or from the Epoch Times Services.

All communications and/or representations made by You in connection with any Promotions and/or in relation to any Product will be accurate and contain all disclosures and disclaimers necessary to prevent such Promotions from being false or deceptive. Such disclosures and disclaimers must be made in a clear and conspicuous manner, and will otherwise comply with Your country's laws and all U.S. federal and state laws, including U.S. Federal Trade Commission regulations, policies and guidelines governing advertising, disclosure and consumer protection, including the FTCs endorsement rules.

You will not offer, suggest, or imply the availability of any rebates, coupons, tickets, vouchers, or similar incentives to induce or encourage the purchase of a Product.

Epoch Times reserves the right, but not the obligation, to review your Promotions. You agree that Epoch Times, in its sole discretion and at any time, may demand changes to product promotion and delivery pages, customer support, or other items related to the content of Your Promotions. Epoch Times may remove your Promotion at any time from its Service by refunding any fees paid for that Promotion.

You will provide valid contact information, including but not limited to a working email address, where Epoch Times can send inquiries and receive a non-automated reply by end of the following business day.

Epoch Times does not guarantee, or assume any responsibility or liability for, the accuracy, completeness, efficacy, or timeliness of any such information, nor is it responsible for any bonuses, prizes, or other incentives offered in any Promotions. Your use of any information presented by Epoch Times does not guarantee, or assume any responsibility or liability for, the accuracy, completeness, efficacy, or timeliness of any such information, nor is it responsible for any bonuses, prizes, or other incentives offered in any Promotions. Your use of any information presented by a Promoter is strictly at your own risk. In no event shall Epoch Times have any liability for your purchase or use of a Product or Service Promoted on Epoch Times.

Promotion is voluntary, and your reliance is at your own risk. Epoch Times does not independently review or verify information provided in any Promotion for accuracy, completeness, efficacy, or timeliness. You acknowledge and understand that Epoch Times does not verify statements, claims, incentives, or promotions made by Promotions.

9. CONTENT SUBMITTED TO Epoch Times. Epoch Times does not claim ownership of the Content or links you place on your Epoch Times page. Epoch Times may quote or reproduce your content (if you have made it public), in whole or in part, in order to promote your Epoch Times page and/or the Epoch Times Services. You acknowledge that Epoch Times does not pre-screen Content or links, but that Epoch Times and its designees shall have the right (but not the obligation) in their sole discretion to refuse or remove any Content or links that are available via the Services. Without limiting the foregoing, Epoch Times and its designees shall have the right to remove any Content or links that violate this Agreement or is otherwise objectionable. You agree that you must evaluate, and bear all risks associated with, the use of any Content and links, including any reliance on the accuracy, completeness, or usefulness of such Content and links.

10. INDEMNITY. You agree to indemnify and hold Epoch Times, and its subsidiaries, affiliates, officers, directors, agents, and employees, harmless from any claim or demand, including reasonable attorneys' fees, made by any third party due to or arising out of your Content or links, your use of the Services, your violation of the this Agreement, or your violation of any rights of another.

11. NO RESALE OF SERVICE. You agree not to reproduce, duplicate, copy, sell, resell, or exploit any portion of the Services, use of the Services, or access to the Services.

12. MEMBER ACCOUNT, PASSWORD, AND SECURITY. Once you become a member, you shall receive a password and an account. You are entirely responsible if you do not maintain the confidentiality of your password and account. Furthermore, you are entirely responsible for any and all activities that occur under your account. You may change your password at any time (to do so, go to the user profile menu option); you may also set up a new account and close an old one at your convenience. Member agrees to immediately notify Epoch Times of any unauthorized use of Member's account or any other breach of security known to Member.

13. TERMINATION. You agree that Epoch Times, in its sole discretion, may terminate your password and use of the Services, and remove and discard any Content or link within the Services, for any reason, including, without limitation, for lack of use or if Epoch Times believes that you have violated or acted inconsistently with the letter or spirit of this Agreement. Epoch Times may also in its sole discretion and at any time discontinue providing the Services, or any part thereof, with or without notice. You agree that any termination of your

access to the Services under any provision of this Agreement may be effected without prior notice, and acknowledge and agree that Epoch Times may immediately deactivate or delete your Epoch Times page and all related information and files in your Epoch Times page and/or bar any further access to such files or the Services. Further, you agree that Epoch Times shall not be liable to you or any third-party for any termination of your access to the Services.

14. ADVERTISEMENTS AND PROMOTIONS. Epoch Times runs advertisements and promotions on Epoch Times pages. By creating your Epoch Times page, you agree that Epoch Times has the right to run such advertisements and promotions. You also agree that you will not attempt to block or otherwise interfere with advertisements displayed on your Epoch Times page by any means. Doing so is grounds for immediate termination of the Services. The manner, mode, and extent of advertising by Epoch Times on your Epoch Times page is subject to change. Your correspondence or business dealings with, or participation in promotions of, advertisers found on or through the Services, including payment and delivery of related goods or services, and any other terms, conditions, warranties, or representations associated with such dealings, are solely between you and such advertiser. You agree that Epoch Times shall not be responsible or liable for any loss or damage of any sort incurred as the result of any such dealings or as the result of the presence of such advertisers on the Services.

15. Epoch Times PROPRIETARY RIGHTS. You acknowledge and agree that the Services and any necessary software used in connection with the Services ("Software") contain proprietary and confidential information that is protected by applicable intellectual property and other laws. You further acknowledge and agree that Content contained in sponsor advertisements or information presented to you through the Services or advertisers is protected by copyrights, trademarks, service marks, patents or other proprietary rights and laws. Except as expressly authorized by Epoch Times or advertisers, you agree not to modify, rent, lease, loan, sell, distribute or create derivative works based on the Services or the Software, in whole or in part.

16. DISCLAIMER OF WARRANTIES. MEMBER EXPRESSLY AGREES THAT USE OF THE SERVICE IS AT MEMBER'S SOLE RISK. THE SERVICE IS PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS. EPOCH TIMES EXPRESSLY DISCLAIMS ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. EPOCH TIMES MAKES NO WARRANTY THAT THE SERVICE WILL MEET YOUR REQUIREMENTS, OR THAT THE SERVICE WILL BE UNINTERRUPTED, TIMELY, SECURE, OR ERROR

FREE; NOR MAKES ANY WARRANTY AS TO THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE SERVICES OR AS TO THE ACCURACY OR RELIABILITY OF ANY INFORMATION OBTAINED THROUGH THE SERVICES OR THAT DEFECTS IN THE SOFTWARE WILL BE CORRECTED.

MEMBER UNDERSTANDS AND AGREES THAT ANY MATERIAL AND/OR DATA DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE SERVICES IS DONE AT MEMBER'S OWN DISCRETION AND RISK AND THAT MEMBER WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO MEMBER'S COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF SUCH MATERIAL AND/OR DATA. EPOCH TIMES MAKES NO WARRANTY REGARDING ANY GOODS OR SERVICES PURCHASED OR OBTAINED THROUGH THE SERVICES OR ANY TRANSACTIONS ENTERED INTO THROUGH THE SERVICES.

NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY MEMBER FROM OR THROUGH THE SERVICES SHALL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES, SO SOME OF THE ABOVE EXCLUSIONS MAY NOT APPLY TO YOU.

17. LIMITATION OF LIABILITY. EPOCH TIMES SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES RESULTING FROM THE USE OR THE INABILITY TO USE THE SERVICES OR FOR COST OF PROCUREMENT OF SUBSTITUTE GOODS AND SERVICES OR RESULTING FROM ANY GOODS OR SERVICES PURCHASED OR OBTAINED OR MESSAGES RECEIVED OR TRANSACTIONS ENTERED INTO THROUGH THE SERVICES OR RESULTING FROM UNAUTHORIZED ACCESS TO OR ALTERATION OF MEMBER'S TRANSMISSIONS OR DATA, INCLUDING BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, USE, DATA OR OTHER INTANGIBLE, EVEN IF MEMBER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

SOME JURISDICTIONS DO NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES SO SOME OF THE ABOVE LIMITATIONS MAY NOT APPLY TO YOU.

18. STORAGE AND OTHER LIMITATIONS. Epoch Times assumes no responsibility for the deletion or failure to store information entered into Epoch Times. Epoch Times retains the right, at Epoch Times' sole discretion, to determine whether or not Member's conduct is consistent with the letter and spirit of this Agreement and may terminate Services if a Member's conduct is found to be inconsistent with this Agreement.

19. NOTICE. All notices to a party shall be in writing and shall be made either via email or conventional mail. Epoch Times may distribute notices or messages through the Services to inform Member of changes to this Agreement, the Services, or other matters of importance; such distribution shall constitute notices to Member.

20. INJUNCTIVE RELIEF. You acknowledge that a violation or attempted violation of this Agreement will cause such damage to Epoch Times as will be irreparable, the exact amount of which would be difficult to ascertain and for which there will be no adequate remedy at law. Accordingly, you agree that Epoch Times shall be entitled as a matter of right to an injunction issued by any court of competent jurisdiction, restraining such violation or attempted violation of these terms and conditions by you, or your affiliates, partners, or agents, as well as recover from you any and all costs and expenses sustained or incurred by Epoch Times in obtaining such an injunction, including, without limitation, reasonable attorneys' fees. You agree that no bond or other security shall be required in connection with such injunction.

21. LAWS. This Agreement shall be governed by and construed in accordance with the laws of the state of New York. You and Epoch Times agree to submit to the exclusive personal and subject matter jurisdiction and venue of the courts located within New York.

22. GENERAL INFORMATION. If any provision(s) of this Agreement are held by a court of competent jurisdiction to be contrary to law, then such provision(s) shall be construed, as nearly as possible, to reflect the intentions of the parties with the other provisions remaining in full force and effect. Epoch Times' failure to exercise or enforce any right or provision of this Agreement shall not constitute a waiver of such right or provision unless acknowledged and agreed to by Epoch Times in writing. Member and Epoch Times agree that any cause of action arising out of or related to these Services must commence within one (1) year after the cause of action arose; otherwise, such cause of action is permanently barred. The section titles in this Agreement are solely used for the convenience of the parties and have no legal or contractual significance. You also may be subject to additional terms and conditions that may apply when you use affiliate or other services, third-party content or third-party software. If Epoch Times

takes any action to enforce this Agreement, Epoch Times, if the prevailing party, will be entitled to recover from you, and you agree to pay, all reasonable and necessary attorneys' fees and any cost of litigation, in addition to any other relief, at law or in equity, to which Epoch Times may be entitled.

23. VIOLATIONS. Please report any violations of this Agreement to administrators at TheEpochTimes.com via the email address abuse@epochtimes.com.

24. COPYRIGHT AND TRADEMARK. Website copyright notice: Copyright (c) 2013 Epoch Times Inc. All rights reserved.

This website is the copyrighted property of Epoch Times and various third party providers and distributors ("Suppliers").

Epoch Times and TheEpochTimes.com are a service marks of Epoch Times. Other product, service and company names used on this website are registered and common law trademarks of their respective owners. Nothing contained on this website should be construed as granting, by implication, estoppel, or otherwise, any license or right to use any of such trademarks. Unauthorized use of this Web site and/or the materials contained on this site may violate applicable copyright, trademark or other intellectual property laws or other laws. You must retain all copyright and trademark notices, including any other proprietary notices, contained in the materials, and you must not alter, obscure, or obliterate any of such notices.

25. Notice of Infringement: If you believe that your intellectual property right (or such a right that you are responsible for enforcing) is infringed by any Content or links on this website, please see our Copyright Policy and Infringement Notification, which will inform you how to submit a notification by email, mail or by filling out and submitting the form provided.

May 15, 2013

THE EPOCH TIMES

# Copyright Policy and Infringement Notification

f　y　✉

---

Epochtimes.com ("we," "us," "our") respects the intellectual property rights of others, and requires, as stated in the Terms and Conditions of Use, that others who use the theepochtimes.com website or any of our affiliated websites (each, a "Site") do the same. If you are the holder of a copyright and believe in good faith that your work has been reproduced on the Site in a way that constitutes copyright infringement, please notify our designated copyright agent (our "Copyright Agent") and provide the information outlined below:

To report abuse, harassment, inappropriate content, or privacy complaints, please email copyright@epochtimes.com or press the notify button on each story.

## Copyright Infringement Notification

To file a copyright infringement notification with Epoch Times, you will need to send a written communication that includes substantially the following (please consult your legal counsel or see Section 512(c)(3) of the Digital Millennium Copyright Act to confirm these requirements):

1. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

2. Identification of each copyrighted work claimed to have been infringed. It is best to send us the URL of each web page containing the copyrighted work.

3. Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information

reasonably sufficient to permit us to locate the material. Provide the URLs in an email to help us locate content quickly.

4. Information reasonably sufficient to permit us to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted.

5. A statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6. A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

To expedite our ability to process your request, such written notice should be sent to our designated agent via our online copyright complaint form below. Business Hours are M-F 10AM – 4PM Eastern Time.

Use our Copyright Complaint Form below.

If you prefer to contact us via postal mail or email you may do so:

John Nania, Designated Agent
Epoch Times Inc.
229 W 28th St, 6th Floor
New York, NY 10001-5905
Email: copyright@epochtimes.com

Please note that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages. Do not submit false claims – you may be liable for damages!

Please also note that the information provided in this legal notice may be forwarded to the person who provided the allegedly infringing content.

Claimant information will be published on the Epoch Times site in place of disabled content.

# Counter-Notification

The process for counter-notifications is governed by Section 512(g) of the Digital Millennium Copyright Act: A counter-notification submitted to us must include the following specific elements: (i) identification of the specific URLs of material that we have removed or to which we have disabled access; (ii) your full name, address, telephone number, and email address, and the username of your account.; (iii) the statement: "I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which Epoch Times is located, and will accept service of process from the claimant." (iv) the statement: "I swear, under penalty of perjury, that I have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled;" and (v) a scanned physical signature or a valid electronic signature will be accepted.

Please note that under Section 512(f) of the DMCA, any person who knowingly materially misrepresents that material or activity was removed or disabled by mistake or misidentification may be subject to liability. Please also be advised that we enforce a policy that provides for the termination in appropriate circumstances of subscribers who are repeat infringers.