**From:** Manyan <manyan.ng@epochtimes.de>
**Date:** 5 April 2017 at 02:02:59 GMT+2
**To:** John Tang <johntang@epochtimes.com>
**Subject: European Business and request for meeting in NY**

Hi John,

First a brief report on European Business Center.

1. Ads sales for EDN
Germany, UK, France and Sweden have regular weekly meeting to share sales experience and ideas. We push for selling more EDN Ads.   All countries have some prospects. It takes time to close contracts. Swden has got a small order, about 4000 USD, but need to have a person in NY to support. No response for a week. One of the focus area is real estates.

2. Epoch Media Group, EMG, as business partner in a new venture.

THE NUMBER OF PAGE VIEWS AND UNIQUE USERS of different language of Epoch Times and NTD has reached a significant level. This shall be capitalized! We believe online shopping still have a great potential and is a efficient way to capitalize our growing readership and saving more sentient beings.

A 15 years long time business friend of mine Harald has been a successful businessman in Germany. He has been buying, fixing and selling companies with innovative products. He also buys and sells residential and industrial real estates. He became practitioner for 4 years ago and now he wants to support EMG. The idea is he starts up a online shop selling good German and European brands of quality products such as air cleaning devices, e-bikes, health and Kosmetik products etc serving customers in china but also North America and Europe.

He will raise a fund of about 500,000 USD as start capital to build a small team with function such as book keeping, delivery management, marketing and administration. Harald will be the managing owner. EMG does not need to invest any money but shall be a partner whose contribution is powerful ads, PR articles and branding actions. The "payment" to these ads is EMG gets 33% of the profit before tax. EMG has the right to access all book keeping.

A rough but realistic estimate points to a possible annual profit of around 10 millions USD. 3.3 millions goes to EMG.

WE NEED TO TALK FACE TO FACE about this. Harald and myself will be in NY from May 11 to May 16. Can we have a meeting on May 15?

Best
Wenxin

*Epoch Times Europe GmbH*
*Tel. +49 1726211890*
*www.epochtimes.de*

*Epoch Times Europe GmbH, Geschäftsführer: Man-Yan Ng, Amtsgericht Charlottenburg, HRB 123036 B, USt-IdNr.: DE268871344, Sitz: [Kurfürstenstr. 79, D-10787 Berlin](Kurfürstenstr. 79, D-10787 Berlin)*