**Von:** **Harald M. Wayer** hmw@germantom.com 
**Betreff:** Fwd: Cooperation Agreement EMG - Wayer
**Datum:** 5. Oktober 2018 um 13:15
**An:** Dennis Sascha Wayer dsw@germantom.com

Mit besten Grüßen,

Harald M. Wayer
CEO



GERMANTOM International GmbH
Stolzenbergstr. 13, D-76532 Baden-Baden
Phone: +49 (0) 7221 920 40-15
Fax: +49 (0) 7221 920 40-10
E-Mail: hmw@germantom.com
www.germantom.com



Geschäftsführer/ CEO: Harald M. Wayer / Amtsgericht Mannheim HRB 351987

Diese Email und ihre Anlagen sind vertraulich. Wenn diese Email nicht für Sie bestimmt ist, benachrichtigen Sie bitte den Absender per Telefon oder Email und löschen diese Nachricht einschließlich etwaiger Anlagen aus Ihrem System. Wenn diese Email nicht für Sie bestimmt ist, dürfen Sie diese Email und ihre Anlage nicht vervielfältigen oder an Dritte weitergeben. Der Absender hat angemessene Vorkehrungen getroffen, um zu verhindern, dass diese Email Computerviren oder andere schädliche Codes enthält. Wir empfehlen den Empfängern der Email dennoch, als weitere Vorsichtsmaßnahme selbst eine Prüfung durchzuführen. Wir bedanken uns für Ihre Unterstützung.

This email message and its attachments are confidential. If you are not the intended recipient, please inform the sender by telephone or email and delete this email and any attachment from your system. If you are not the intended recipient you must not copy this email or attachment or disclose the contents to any other person. The sender has taken reasonable precautions to ensure that this email does not contain computer viruses or any other hazardous codes, but advises recipients to perform their own checks as a further safeguard. Thank you for your cooperation.

Anfang der weitergeleiteten Nachricht:

**Von:** "Harald M. Wayer" <harald@wayer-unternehmensberatung.de>
**Datum:** 5. Oktober 2018 um 11:53:10 MESZ
**An:** "Harald M. Wayer" <hmw@germantom.com>
**Betreff: Wtr: Cooperation Agreement EMG - Wayer**

_____

_____



Zeppelinstr. 10                    Phone:         + 49 (0) 7221 - 3.989.340

| | | |
|---|---|---|
| Zeppelinstr. 10 | Phone: | + 49 (0) 7221 - 3 989 340 |
| 76530 Baden-Baden | Mobil: | + 49 (0) 160 - 90 50 77 17 |
| Germany | Fax: | + 49 (0) 7221 - 3 989 349 |
| | | |
| Ust.IdNr. DE166818681 | Home: | www.wayer-unternehmensberatung.de |
| Inh: B. Wayer | | |

---

"NOTICE
This email and any attachments are confidential and are intended only for the use of the named recipient.  They may contain legally privileged information and are subject to copyright.  You must not read, copy, use or disclose them without our prior written consent.  If you have received this email in error please notify us on +49 (0)7221 39 89 34-0 or by return email and then delete both messages.
We do not warrant that this email or any attachments are error or virus free or that this communication is secure and accept no liability for computer viruses, data corruption, delay, interruption, unauthorised access or unauthorised amendment."

---

Anfang der weitergeleiteten Nachricht:

**Von:** Manyan <manyan.ng@epochtimes.de>
**Betreff: Cooperation Agreement EMG - Wayer**
**Datum:** 5. Mai 2017 19:39:23 MESZ
**An:** John Tang <johntang@epochtimes.com>
**Kopie:** Harald Wayer <harald@wayer-unternehmensberatung.de>

Hi John,

We aim at a quick launch of this new venture. Once you have studied the business plan I sent you earlier today and that you agree with us after our meeting in NY sometime between May 11 to 16, we would like to have this agreement signed. We need a signed agreement in order to negotiate and sign agreement with the product providers to the online shop. Please find the proposed agreement and give your comments to it.


Best
Manyan

*Epoch Times Europe GmbH*
*Tel. +49 1726211890*
*www.epochtimes.de*

*Epoch Times Europe GmbH, Gesch�ftsf�hrer: Man-Yan Ng, Amtsgericht Charlottenburg, HRB 123036 B, USt-IdNr.: DE268871344, Sitz: Kurf�rstenstr. 79, D-10787 Berlin*



Kooperationsvertrag.pdf