**Alexandra Beierlein**

| | |
|---|---|
| **From:** | Harald M. Wayer <harald@wayer-unternehmensberatung.de> |
| **Sent:** | Friday, October 5, 2018 10:13 AM |
| **To:** | hmw@germantom.com |
| **Cc:** | Dennis Wayer |
| **Subject:** | Fwd: URGENT. GermanTom International GmbH |

_____

_____

## Wayer & Kollegen
### Unternehmensberatung

**Zeppelinstr. 10**                      Phone:        + 49 (0) 7221 - 3 989 340
76530 Baden-Baden      Mobil:      + 49 (0) 160 - 90 50 77 17
Germany                        Fax:         + 49 (0) 7221 - 3 989 349

Ust.IdNr. DE166818681      Home:        www.wayer-unternehmensberatung.de
Inh: B. Wayer

_____
_____

"NOTICE
This email and any attachments are confidential and are intended only for the use of the named recipient.  They may contain legally priv
ileged information and are subject to copyright.  You must not read, copy, use or disclose them without our prior written consent.  If you
have received this email in error please notify us on +49 (0)7221 39 89 34-0 or by return email and then delete both messages.
We do not warrant that this email or any attachments are error or virus free or that this communication is secure and accept no liability f
or computer viruses, data corruption, delay, interruption, unauthorised access or unauthorised amendment."
_____
_____

Anfang der weitergeleiteten Nachricht:

**Von:** Manyan <manyan.ng@epochtimes.de>
**Betreff: URGENT. GermanTom International GmbH**
**Datum:** 26. Juli 2017 01:51:47 MESZ
**An:** John Tang <johntang@epochtimes.com>
**Kopie:** Harald Wayer <harald@wayer-unternehmensberatung.de>

Hi John,

Let me first brief you about the progress in preparing the Webshop GermanTom.com.

1. The company GermanTom International GmbH has been registered. Its website GermanTom.com is
also registered. Harald is the CEO and  I am the "not so visible" EVP.

2. Total capital invested is about 800,000 Euro.

3. The Webshop is scheduled to be launched November 1. 2017.

4. About 15 suppliers are being and will be negotiated. The Webshop aims at starting with 10 suppliers with a total of about 1000 products.

5. IT system architecture defined. Personnel partly hired. 6 people are working now and it will be about 12 people in October. Office good for 20 people leased with an option for expanding to the double.

**NOW, I NEED YOUR HELP:**
**GermanTom need a contact person at your end. This person will receive input for PR articles, ads etc and the person will make sure these will be done in English and Chinese version of all epoch media.**

**PLEASE GIVE ME THE NAME OF THE PERSON and his/her contact details, SO WE CAN START PLANNING THE MARKETING ACTIONS.**

Best
Manyan

*Epoch Times Europe GmbH*
*Tel. +49 1726211890*
*www.epochtimes.de*

*Epoch Times Europe GmbH, Geschäftsführer: Man-Yan Ng, Amtsgericht Charlottenburg, HRB 123036 B, USt-IdNr.: DE268871344,* Sitz: Kunz-Buntschuhe-Str. 11, D-14193 Berlin