

**G=RMANTOM • Stolzenbergstr. 13 • D-76532 Baden-Baden**

EPOCH MEDIA GROUP
Mr. John Tang
Personal / confidential
229 West 28 th Street, Floor 7
New York, NY 10001, USA

Baden-Baden, den 26.01.2018

**Subject:** Cooperation agreement from May 16,2017 between Epoch Media Group and Mr. Harald M. Wayer, (GERMANTOM International GmbH)

Dear John,

The contract concluded with me in New York on May 16,2017 has meanwhile been transferred to the company GERMANTOM International GmbH, in which Man Yan is a shareholder and supporter in addition to me, as a contractual partner of the Epoch Media Group.

Man Yan reported to you in detail about the current state of the development of the GERMANTOM International GmbH in the last days and also discussed that we will go online later than planned due to the considerable technical scope of the GERMANTOM International GmbH.

In addition, important programmers wishing to support us and the Epoch Media Group were only able to start at GERMANTOM much later than planned due to notice periods with former employers. As you were informed by Man Yan, we have only consumed about half of the approximately one million cash flow capital, which we have organized partners for GERMANTOM as equity capital of the company.

The fact that we currently have five employees for the procurement of goods alone means that our costs are rising considerably in a controlled manner, so that we will presumably need and organize further capital up to the time we go online and cover our costs through sales.
Man Yan taught you this in detail.

As Man Yan has agreed with you, it helps us to motivate the employees and the shareholders, especially to organize additional capital in order to ensure the company conservatively, if the duration of our existing contract of formerly 6 years is regulated, slightly modified.

In agreement with Man Yan, you have approved a new term of 8 years and requested the provision of a supplementary contract.

**GERMANTOM International GmbH**



GERMANTOM • Stolzenbergstr. 13 • D-76532 Baden-Baden

I leave the supplementary provision for a period of 8 years in the supplementary agreement enclosed with this contract, which I have already signed in duplicate.
Please countersign in accordance with the agreement and send me a copy for our documents (preferably in advance by mail) back.

We are doing the best we can with a motivated team for our common goals and I would be very happy to welcome you personally as a guest here in Baden-Baden, although I know that you are very limited in time.

With best regards to New York,

Harald

Annex: Supplement to the Cooperation Agreement of 16 May, 2017

Harald M. Wayer
CEO

GERMANTOM International GmbH



**GERMANTOM** • Stolzenbergstr. 13 • D-76532 Baden-Baden

Annex:

## Supplementary agreement with Epoch Media Group to the Cooperation agreement

between

Epoch Media Group
229 West 28 th Street, Floor 7, New York, NY 10001, USA
represented by Mr. John Tang,

-hereinafter reffered to as Media Corporation

and

Mr. Harald M. Wayer
Zeppelinstraße 10, 76530 Baden-Baden,
Germany
As a substitute:
GERMANTOM International GmbH
Stolzenbergstraße 13, 76532 Baden-Baden,
Germany
represented by Mr. Harald M. Wayer

The contracting parties have agreed to supplement and / or deviate from the existing cooperation agreement of May 16,2017:

1.) The cooperation agreement of May 16,2017 between the Epoch Media Group with headquarters in New York, NY 10001, USA and Mr. Harald M. Wayer, 76532 Baden-Baden, Germany, has been transferred in person to GERMANTOM International GmbH for Mr. Harald M. Wayer.
2.) The contracting parties declare the following amendment / addition to the existing cooperation agreement:

In the existing cooperation agreement dated May 16,2017, a contract term of 6 years was agreed. If the online shop of GERMANTOM International GmbH is not yet online by April 1,2018, or if the online shop of GERMANTOM International GmbH is not yet online by April 1,2018, the contract period will nevertheless begin from April 1,2018 for a period of 8 years.

New York,, March 7, 2018

EPOCH MEDIA GROUP
John Tang, President

Baden-Baden, January 26,2018

GERMANTOM International GmbH
CEO Harald M. Wayer, CEO

**GERMANTOM International GmbH**



GERMANTOM • Stolzenbergstr. 13 • D-76532 Baden-Baden

Annex:

## Supplementary agreement with Epoch Media Group to the Cooperation agreement

between

Epoch Media Group
229 West 28 th Street, Floor 7, New York, NY 10001, USA
represented by Mr. John Tang,

-hereinafter reffered to as Media Corporation

and

Mr. Harald M. Wayer
Zeppelinstraße 10, 76530 Baden-Baden,
Germany
As a substitute:
GERMANTOM International GmbH
Stolzenbergstraße 13, 76532 Baden-Baden,
Germany
represented by Mr. Harald M. Wayer

The contracting parties have agreed to supplement and / or deviate from the existing cooperation agreement of May 16, 2017:

1.) The cooperation agreement of May 16, 2017 between the Epoch Media Group with headquarters in New York, NY 10001, USA and Mr. Harald M. Wayer, 76532 Baden-Baden, Germany, has been transferred in person to GERMANTOM International GmbH for Mr. Harald M. Wayer.
2.) The contracting parties declare the following amendment / addition to the existing cooperation agreement:

In the existing cooperation agreement dated May 16, 2017, a contract term of 6 years was agreed. If the online shop of GERMANTOM International GmbH is not yet online by April 1, 2018, or if the online shop of GERMANTOM International GmbH is not yet online by April 1, 2018, the contract period will nevertheless begin from April 1, 2018 for a period of 8 years.

New York, March 7, 2018

EPOCH MEDIA GROUP
John Tang, President

Baden-Baden, January 26, 2018

GERMANTOM International GmbH
CEO Harald M. Wayer, CEO

GERMANTOM International GmbH
Stolzenbergstr. 13, 76532 Baden-Baden, Phone: +49 (0) 7221-93040-0, F...