**GERMANTOM** • Stolzenbergstr. 13 • D-76532 Baden-Baden

Annex:

## Supplementary agreement with Epoch Media Group to the Cooperation agreement

between

Epoch Media Group
229 West 28 th Street, Floor 7, New York, NY 10001, USA
represented by Mr. John Tang,

-hereinafter reffered to as Media Corporation

and

Mr. Harald M. Wayer
Zeppelinstraße 10, 76530 Baden-Baden,
Germany
As a substitute:
GERMANTOM International GmbH
Stolzenbergstraße 13, 76532 Baden-Baden,
Germany
represented by Mr. Harald M. Wayer

The contracting parties have agreed to supplement and / or deviate from the existing cooperation agreement of May 16, 2017:

1.) The cooperation agreement of May 16, 2017 between the Epoch Media Group with headquarters in New York, NY 10001, USA and Mr. Harald M. Wayer, 76532 Baden-Baden, Germany, has been transferred in person to GERMANTOM International GmbH for Mr. Harald M. Wayer.
2.) The contracting parties declare the following amendment / addition to the existing cooperation agreement:

In the existing cooperation agreement dated May 16, 2017, a contract term of 6 years was agreed. If the online shop of GERMANTOM International GmbH is not yet online by April 1, 2018, or if the online shop of GERMANTOM International GmbH is not yet online by April 1, 2018, the contract period will nevertheless begin from April 1, 2018 for a period of 8 years.

New York, March 7, 2018

EPOCH MEDIA GROUP
John Tang, President

Baden-Baden, January 26, 2018

GERMANTOM International GmbH
CEO Harald M. Wayer, CEO

GERMANTOM International GmbH
Stolzenbergstr. 13, 76532 Baden-Baden, Phone: +49 (0) 7221-93040-0, F...