# STATE OF NEW YORK

# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on June 23, 2016.

*Anthony Giardina*

Anthony Giardina
Executive Deputy Secretary of State

Rev. 06/13

201606022117

New York State
**Department of State**
**Division of Corporations,**
**State Records and**
**Uniform Commercial Code**
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231
www.dos.ny.gov

**NEW YORK STATE OF OPPORTUNITY.** | **Division of Corporations, State Records and Uniform Commercial Code**

## Certificate of Assumed Name

(Pursuant to General Business Law §130)

1. **REAL NAME OF ENTITY:**
   EPOCH GROUP INC.

1a. **FICTITIOUS NAME, IF ANY, OF FOREIGN ENTITY (Not Assumed Name):**

2. **THE ENTITY WAS FORMED OR AUTHORIZED UNDER THE FOLLOWING NEW YORK LAW (Check one):**
   - [X] Business Corporation Law
   - [ ] Limited Liability Company Law
   - [ ] Religious Corporations Law
   - [ ] Education Law
   - [ ] Not-for-Profit Corporation Law
   - [ ] Revised Limited Partnership Act
   - [ ] Other (specify law): _____

3. **ASSUMED NAME OF ENTITY:**
   Epoch Media Group

4. **PRINCIPAL PLACE OF BUSINESS IN NEW YORK STATE (MUST INCLUDE NUMBER AND STREET). IF NONE, CHECK THIS BOX [ ] AND PROVIDE OUT-OF- STATE ADDRESS:**
   229 W 28th St., FL 6, New York, NY 10001

5. **COUNTY(IES) IN WHICH ENTITY DOES OR INTENDS TO DO BUSINESS:**
   [ ] ALL COUNTIES (or check applicable county(ies) below)

   | | | | | | | | |
   |---|---|---|---|---|---|---|---|
   | [ ] Albany | [ ] Cattaraugus | [ ] Chenango | [ ] Delaware | [ ] Franklin | [ ] Hamilton | [ ] Lewis | [ ] Montgomery |
   | [ ] Allegany | [ ] Cayuga | [ ] Clinton | [ ] Dutchess | [ ] Fulton | [ ] Herkimer | [ ] Livingston | [ ] Nassau |
   | [ ] Bronx | [ ] Chautauqua | [ ] Columbia | [ ] Erie | [ ] Genesee | [ ] Jefferson | [ ] Madison | [X] New York |
   | [ ] Broome | [ ] Chemung | [ ] Cortland | [ ] Essex | [ ] Greene | [ ] Kings | [ ] Monroe | [ ] Niagara |
   | [ ] Oneida | [ ] Orleans | [ ] Queens | [ ] St. Lawrence | [ ] Schuyler | [ ] Sullivan | [ ] Warren | [ ] Wyoming |
   | [ ] Onondaga | [ ] Oswego | [ ] Rensselaer | [ ] Saratoga | [ ] Seneca | [ ] Tioga | [ ] Washington | [ ] Yates |
   | [ ] Ontario | [ ] Otsego | [ ] Richmond | [ ] Schenectady | [ ] Steuben | [ ] Tompkins | [ ] Wayne | |
   | [ ] Orange | [ ] Putnam | [ ] Rockland | [ ] Schoharie | [ ] Suffolk | [ ] Ulster | [ ] Westchester | |

6. **ADDRESS OF EACH LOCATION, INCLUDING NUMBER AND STREET, IF ANY, OF EACH PLACE WHERE THE ENTITY CARRIES ON, CONDUCTS OR TRANSACTS BUSINESS IN NEW YORK STATE.** (Use page 2 if needed. The address(es) must be a number and street, city, state and zip code. The address(es) must be within the county(ies) indicated in paragraph 5.) If none, check this box [ ]: No New York State Business Location.

   229 W 28th St., FL 6, New York, NY 10001

Print or Type Name of Signer: Bill Guan                Signature: _Bill G_

Capacity of Signer (Check one): [ ] Authorized Person  [X] Officer of the Corporation  [ ] General Partner of the Limited Partnership
[ ] Member of the Limited Liability Company   [ ] Manager of the Limited Liability Company

DOS-1338-f (Rev. 1/16)                                                                 Page 1 of 2

20160622117

## Certificate of Assumed Name

6. ADDRESS OF EACH LOCATION, INCLUDING NUMBER AND STREET, IF ANY, OF EACH PLACE WHERE THE ENTITY CARRIES ON OR CONDUCTS OR TRANSACTS BUSINESS IN NEW YORK STATE: (Continued)

_____

FILER: Name: Bill Guan

Mailing Address: 229 W 28th St., FL 6

City, State and Zip Code: New York, NY 10001

NOTE: You are not required to use this form. This certificate should be prepared under the guidance of an attorney.

FEE: Limited Liability Companies and Limited Partnerships - $25.
Corporations - $25 plus the fee for each county indicated in paragraph 5. The additional fee for each county within New York City (Bronx, Kings, New York, Queens and Richmond) is $100 additional. The fee for each county outside New York City is $25. Checks over $500 must be certified.

(For office use only)

RECEIVED 2016 JUN 22 PM 2:04

DOS-1338 (Rev. 1/16)

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED    JUN 2 2 2016
$ 377 777
BY: _____

Page 2 of 2

141119010177 pw