UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
GERMANTOM INTERNATIONAL GMBH, :
: 
: **ORDER REGULATING**
: **PROCEEDINGS**
Plaintiff, :
:
-against- : 20 Civ. 918 (AKH)
:
:
:
EPOCH TIMES INC, et al. :
:
Defendants. :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Oral argument on Defendant's motion to dismiss, previously scheduled for January 15, 2021, will be held on Thursday, December 29, 2020, at 11:00 a.m., which will be held via the following call-in number:

       **Call-in number: 888-363-4749**

       **Access code: 7518680**

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

       Finally, no later than December 28, 2020, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       SO ORDERED.

Dated:    November 9, 2020        _____/s/ Alvin K. Hellerstein_____
           New York, New York        ALVIN K. HELLERSTEIN
                                              United States District Judge