

*Via ECF*

November 11, 2020

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Argument is adjourned to January 15, 2021 at 11:30 a.m.

So ordered,
/s/
Alvin K. Hellerstein
11/12/20

    **Re:**    **Germantom v. Epoch Times, et al**
             **Case No. 20-cv-918 (AKH)**

           **LETTER REQUEST FOR ADJOURNMENT OF ORAL ARGUMENT ON MOTION TO DISMISS AND CROSS-MOTION TO AMEND THE COMPLAINT**

Dear Judge Hellerstein:

This firm represents the plaintiff, Germantom International GmbH ("Plaintiff"), in the above-referenced matter. We are in receipt of your Honor's Order dated November 9, 2020 rescheduling the oral argument on the pending Motion to Dismiss and our Cross-Motion to Amend the Complaint for December 29, 11:00am. Due to a long-planned family vacation between Christmas and New Year's Day, we kindly ask to adjourn the oral argument for a convenient date in January 2021 or thereafter.

We have previously corresponded with counsel for Defendants' who agrees with this request. No prior request for an adjournment has been made.

Please feel free to contact me at any time at +1 (646) 502-5944 or mschumann@sbuslaw.com in the event of any questions.

Thank you for your kind consideration.

                                          Yours truly,

                                          */s/ Moritz Schumann*

                                          Moritz C. Schumann, Esq.



Cc:   Stewart Weisman, Esq., via e-mail
      *Attorney for Defendants*

*Address: 1500 Broadway, Suite 1902*
*New York, NY 10036*

*Phone: +1 646 502 5778*
*Fax: +1 646 530 8286*